# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

*NOA 3/20/26*

| United States of America | Case No.: 26-8120MJ |
|---|---|
| v. | **CRIMINAL COMPLAINT** |
| Maura Patricia Lopez Higuera | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

From at least May 31, 2023, through and including December 13, 2024, in Phoenix, Arizona, in the District of Arizona, and elsewhere, the defendant, Maura Patricia Lopez Higuera, did knowingly and intentionally conspire to commit money laundering, that is, transmitting funds from a place within the United States to a place outside of the United States, knowing that the funds involved in the transmission represented the proceeds of some form of unlawful activity (that is, drug trafficking), and knowing that the transmission was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity (that is, drug trafficking), in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2)(B)(i).

I further state that I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: AUSA William Bryan

*William H. Bryan III*
Digitally signed by WILLIAM BRYAN
Date: 2026.03.20 20:35:01 -07'00'

Lucas A. Hoss, Special Agent, DEA
Name of Complainant

**LUCAS HOSS**
Digitally signed by LUCAS HOSS
Date: 2026.03.20 20:19:07 -07'00'

Signature of Complainant

Electronically signed and telephonically sworn.

*March 21, 2026*
Date

at    Phoenix, Arizona
City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Lucas A. Hoss, Special Agent of the United States Drug Enforcement Administration ("DEA"), being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. I am currently assigned to the Phoenix Field Division, Group 15 ("HSTF"). The HSTF is a law enforcement group comprised of agents and officers from several federal and local agencies, assigned to investigate large-scale drug trafficking. I have been a Special Agent with the DEA since 2021, and have served in various investigative and training capacities within the DEA's Phoenix Field Division Office. I have successfully completed the DEA Basic Agent Training in Quantico, Virginia, where I received several hundred hours of comprehensive, formalized instruction in such matters as drug identification, detection, trafficking and interdiction, money laundering techniques, and asset identification, seizure, and forfeiture.

2. Throughout my time in law enforcement, I have conducted and participated in multiple investigations involving the unlawful importation, transportation, and distribution of drugs including clandestine fentanyl, methamphetamine, cocaine, and marijuana. I have debriefed defendants and witnesses who had personal knowledge of major drug trafficking organizations. I have also executed search warrants and conducted physical and electronic surveillance using confidential sources and sources of information. I am familiar with methods employed by large drug trafficking organizations and the tactics they employ to evade law enforcement, such as the following: frequent changing of cell phones, the use of pre-paid phones (a.k.a. "burner phones"), counter surveillance techniques, the use of false or fictitious identities, and coded communications and conversations.

3. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable

cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

4.      In 2024, members of the DEA were investigating a Mexico-based Source of Supply ("SOS") for fentanyl. During the course of the investigation of the SOS, law enforcement officers discovered financial transactions conducted to repatriate the proceeds drugs sold in the United States (U.S.) to the SOS in Mexico. Investigators discovered numerous financial transactions involving funds transmitted from numerous individuals in the U.S. to the mother of the SOS. According to wire transfer records, the SOS' mother had begun receiving large sums of cash from individuals in the U.S. approximately two years prior to the initiation of the 2024 DEA investigation. Law enforcement officers identified one of the individuals transmitting money to the mother of the SOS as Maura Patricia Lopez Higuera ("LOPEZ").

5.      Based on this information, law enforcement officers subpoenaed all wire transfer transactions in 2023 and 2024 involving LOPEZ as a sender of wired funds to third parties in Mexico. The information obtained from those subpoenas documented that LOPEZ did in fact send money to the mother of the SOS on numerous occasions, as well as another family member of the SOS. Additionally, the subpoenas identified other individuals in Mexico who also received wired funds from LOPEZ.

6.      Based on this information, on March 20, 2026, members of the DEA approached LOPEZ at her place of work. Investigators thereafter transported LOPEZ to the DEA office in Phoenix.

7.      Shortly after arriving at the DEA office, law enforcement officers informed LOPEZ of her *Miranda* rights in Spanish, LOPEZ's native/primary language. LOPEZ acknowledged her rights and agreed to speak with investigators without the assistance of an attorney.

8.      During the interview, LOPEZ stated that she (LOPEZ) knew that her son was involved in drug trafficking as early as 2019. LOPEZ informed investigators that her (LOPEZ's) son was arrested in possession of drugs in that year.

9.    LOPEZ stated that her (LOPEZ's) son was subsequently arrested in approximately 2023. LOPEZ stated that her (LOPEZ's) son remained in custody until subsequently deported. Investigators reviewed financial databases and observed that, prior to his deportation, LOPEZ's son also wired funds to the SOS' mother and the SOS' sister. Following her son's deportation, LOPEZ began wiring funds to the SOS' mother and the SOS' sister.

10.    According to records provided by Appriza Pay, between May 31, 2023, and December 13, 2024, LOPEZ wired approximately $15,823 via Appriza Pay from a money service business located near LOPEZ's residence in Phoenix, Arizona. LOPEZ told law enforcement officers that she did not know any of the individuals to whom she was transmitting money in Mexico.

11.    According to LOPEZ, upon her son's arrest, unknown third parties would deliver cash to her (LOPEZ's) house. According to LOPEZ, the cash deliveries occurred at the direction of her (LOPEZ's) son in Mexico. LOPEZ would then wire the delivered cash using a nearby money service business to multiple individuals in Mexico at the direction of her (LOPEZ's) son.

12.    LOPEZ stated that she (LOPEZ) would take larger amounts of money and divide them into smaller quantities, which she then wired to individuals in Mexico. According to LOPEZ, she (LOPEZ) wired smaller quantities of money due the money service business' restricting wire transactions to quantities less than US$1,000. Additionally, LOPEZ also admitted to receiving Zelle payments from unknown individuals, and wiring the funds received through Zelle to individuals in Mexico at the direction of her son. By sending wire transmissions in LOPEZ's name, the identity of the true source of the wired funds remained concealed.

13.    LOPEZ admitted to knowing that the funds that she (LOPEZ) transmitted to unknown individuals in Mexico constituted the proceeds of drug sales.

14.    Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant LOPEZ did knowingly and intentionally conspire to commit money laundering, that is, transmitting funds from a place within the

3

United States to a place outside of the United States knowing that the funds involved in the transmission represented the proceeds of some form of unlawful activity (that is, drug trafficking), and knowing that the transmission was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity (that is, drug trafficking), in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2)(B)(i).

LUCAS HOSS Digitally signed by LUCAS HOSS
Date: 2026.03.20 20:21:47 -07'00'

Lucas A. Hoss
Special Agent
U.S. Drug Enforcement Administration


Subscribed electronically and sworn to telephonically this __21__ day of March, 2026.

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE

4