TIMOTHY COURCHAINE
United States Attorney
District of Arizona

WILLIAM H. BRYAN III
Assistant U.S. Attorney
Florida State Bar No. 0045012
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7580
Email: William.Bryan@usdoj.gov
*Attorneys for Plaintiff*

FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 1 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-26-00359-PHX-DGC (ASB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 1956(h) |
| Maura Patricia Lopez Higuera, | (Money Laundering Conspiracy - Concealment) Count 1 |
| Defendant. | 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning on or about May 31, 2023, and continuing through on or about December 13, 2024, in the District of Arizona and elsewhere, the defendant, MAURA PATRICIA LOPEZ HIGUERA, did knowingly and intentionally combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury to transmit or transfer, or attempt to transmit or transfer, funds from a place in the United States to or through a place outside of the United States, knowing that the funds involved in the transmission or transfer represented the proceeds of some form of unlawful activity, and knowing that such transmission or transfer was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds

of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States all right, title, and interest in any and all property, real or personal, involved in such offense, or any property traceable to such property involved in the offense, or conspiracy to commit such offense, including the following:  (a) all money or other property that was the subject of each transaction, transmission or transfer in violation of a statute listed in Title 18, United States Code, Section 982, (b) all other property constituting proceeds obtained as a result of those violations, and (c) all property used in any manner or part  to commit or to facilitate the commission of those violations including, but not limited to, the sum of money representing the amount of money involved in the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without

difficulty,

- 2 -

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: April 14, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/*
WILLIAM H. BRYAN III
Assistant U.S. Attorney

- 3 -